Petition for review allowed, decision of Court of Appeals reversed and remanded for further consideration March 24, 1987

In the Matter of the Exchange of
Series A Junior Preferred Stock of
BANORE BANCSHARES, INC., for the
Preferred Stock and Subordinated
Capital Notes of BANK OF OREGON in
Connection With a Plan of Reorganization.

STANDARD INSURANCE COMPANY,
*Petitioner on Review,*

*v.*

OLIN et al,
*Respondents on Review.*

(CA A36644; SC S33376, S33366)

In the Matter of the Exchange of
Series A Junior Preferred Stock of
BANORE BANCSHARES, INC., for the
Preferred Stock and Subordinated
Capital Notes of BANK OF OREGON in
Connection With a Plan of Reorganization.

STANDARD INSURANCE COMPANY,
*Petitioner on Review,*

*v.*

EDWARDS et al,
*Respondents on Review.*

(CA A36645; SC S33376, S33366)

In the Matter of the Request for
Approval of the Agreement and Plan
of Reorganization of the BANK OF OREGON.

SINGH et al,
*Petitioners on Review,*

*v.*

OLIN et al,
*Respondents on Review.*

In the Matter of the Exchange of
Series A Junior Preferred Stock of
BANORE BANCSHARES, INC., for the
Preferred Stock and Subordinated
Capital Notes of BANK OF OREGON
in Connection with a
Plan of Reorganization.

SINGH et al,
*Petitioners on Review,*

*v.*

EDWARDS et al,
*Respondents on Review.*

(CA A36734; SC S33376, S33366)

734 P2d 352

Ajmer and Verna M. Singh, Independence, filed a petition for review, *pro se.*

Don G. Carter of McEwen, Gisvold, Rankin & Stewart,

Portland, filed a petition on behalf of petitioner on review Standard Insurance Company.

John R. Faust, Jr. of Schwabe, Williamson, Wyatt, Moore & Roberts, Portland, filed a response on behalf of respondents on review BanOre Bancshares, Inc. and Bank of Oregon.

MEMORANDUM OPINION

## MEMORANDUM OPINION

The Court of Appeals, 81 Or App 405, 725 P2d 934, dismissed petitioners' petitions for judicial review of an order of the Deputy Superintendent of Banks on the ground that the order sought to be reviewed was not a final order. Our review of the record persuades us that two documents issued on May 31, 1985, a Certificate Evidencing Completion of Plan of Reorganization and a contemporaneous letter, together constituted a final order of the Banking Division with respect to certain issues raised by petitioners concerning that order. We therefore allow the petitions and remand the case to the Court of Appeals for review of those issues.